E-FILED
Thursday, 06 February, 2025  01:27:58 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| CHRISTINE HANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 23-cv-1122 |
| | ) | |
| | ) | |
| | ) | |
| OSF HEALTHCARE SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

With Plaintiff having filed their Stipulation of Dismissal, ECF No. 35, the Court acknowledges that the effect of the Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is to dismiss this case in its entirety with prejudice and with each party to pay its own costs, expenses, and attorneys' fees.

Accordingly, this case is **DISMISSED WITH PREJUDICE**.

Entered on February 6, 2025.

s/ *Michael M. Mihm*
Michael M. Mihm
United States District Judge